UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

IN RE:
AGNIESZKA JANINA
ZIOLKIEWICZ AND KRZYSZTOF
PAWEL ZIOLKIEWICZ
 DEBTORS

CASE NO. 5:17-BK-04057-RNO
CHAPTER 13

**NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010 (b) AND REQUEST FOR NOTICES UNDER BANKRUPTCY RULE 2002 REGARDING PROPERTY DESCRIBED AS 29 SHORTRIDGE RD, ALBRIGHTSVILLE, PA 18210 AND THAT CERTAIN LOAN MORE SPECIFICALLY IDENTIFIED AS LOAN NUMBER *******8011**

NOW COMES Deutsche Bank Trust Company Americas, as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QS18, by and through its attorney Brock and Scott, PLLC, pursuant to Bankruptcy Rule 9010 and makes its appearance as a secured creditor in this cause and, pursuant to Bankruptcy Rule 2002, requests that it be noticed on all pleadings, documents and hearings; that it receive copies of all documents; and be added to the matrix to be served at the addresses below:

Mario Hanyon
Brock and Scott, PLLC
Attorneys at Law
302 Fellowship Road, Ste 130
Mount Laurel, NJ 08054
pabkr@brockandscott.com

PHH Mortgage Corporation
One Mortgage Way
Mount Laurel, New Jersey 08054

20-07713 BKOBJ02

 

Please take notice that the undersigned hereby appears as counsel for Deutsche Bank Trust Company Americas, as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QS18 pursuant to Bankruptcy Rule 9010(b). The undersigned's filing of this notice is limited to the instant case noted above and should not be construed as unlimited representation of the Creditor with respect to any and all matters, proceedings, or actions that may be taken in the instant case or any associated case or proceeding involving the above-named Creditor.

RESPECTFULLY SUBMITTED,

/s/ Mario Hanyon
Mario Hanyon
Attorney at Law (203993)
Brock & Scott, PLLC
302 Fellowship Road, Ste 130
Mount Laurel, NJ 08054
844-856-6646 x4560
704-369-0760
pabkr@brockandscott.com

20-07713 BKOBJ02

# CERTIFICATE OF SERVICE

  I, the undersigned, hereby certify that a true and exact copy of the foregoing Notice of Appearance has been electronically served or mailed, postage prepaid on January 14, 2021 to the following:

AGNIESZKA JANINA ZIOLKIEWICZ
29 SHORTRIDGE RD
ALBRIGHTSVILLE, PA 18210

KRZYSZTOF PAWEL ZIOLKIEWICZ
29 SHORTRIDGE RD
ALBRIGHTSVILLE, PA 18210

Newman Williams
712 MONROE ST
STROUDSBURG, PA 18360
Newman Williams Mishkin Corveleyn et al
712 MONROE STREET PO BOX 511
STROUDSBURG, PA 18360

Charles J. DeHart, III, Bankruptcy Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Asst. U.S. Trustee, US Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

/s/ *Mario Hanyon*
Mario Hanyon
Attorney at Law (203993)
Brock & Scott, PLLC
302 Fellowship Road, Ste 130
Mount Laurel, NJ 08054
844-856-6646 x4560
704-369-0760
pabkr@brockandscott.com

20-07713 BKOBJ02